UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AARON RUBENSTEIN, | |
| Plaintiff, | Attorney's Affirmation Of Service Of Order And Notice Of Initial Conference On Defense Attorneys |
| v. | |
| RONALD O. PERELMAN, ET AL. | 15 Civil 9752 (VSB) |
| Defendants. | |

I, **DAVID LOPEZ**, a member of the bar of this court, affirm upon my oath as an attorney intending the penalties of perjury to apply, that on February 26, 2016, I notified all defense counsel who have appeared of record of the convening of an initial pretrial conference on April 14, 2016 at 10:30 A.M. in Courtroom 518 of the Thurgood Marshall United States Courthouse and directing their attention to Document # 8 on the docket; and that on February 27, 2016, I mailed to each of them a true copy of said document accompanied by a copy of this affirmation.

Dated: Southampton, New York
February 27, 2016

David Lopez, Esq.
*Attorney for Plaintiff*
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11968
Tel:     631.287.5520
Fax:     631.283.4735
E-Mail   DavidLopezEsq@aol.com