Brodwick, V

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON RUBENSTEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>vTv THERAPEUTICS INC.,<br><br>    Nominal Defendant,<br><br>    – and –<br><br>RONALD O. PERELMAN and<br>MACANDREWS & FORBES INC.<br><br>    Defendants. | Case No. 1:15-cv-9752-VSB |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that, with the approval of nominal defendant vTv Therapeutics, Inc., and subject to the approval of the Court, Daniel J. Kramer of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, hereby withdraws as counsel for nominal defendant vTv Therapeutics, Inc. in the above-captioned matter, and Jonathan L. Hochman of Schindler Cohen & Hochman LLP,  100 Wall Street, 15th Floor, New York, NY 10005 is hereby substituted in place of Daniel J. Kramer of Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel of record for nominal defendant vTv Therapeutics, Inc. in this action, effective as of the date indicated below.

Attached is an affidavit of withdrawal in accordance with Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York.

Dated: March 21, 2016

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Daniel J. Kramer, Esq.
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
dkramer@paulweiss.com


SCHINDLER COHEN & HOCHMAN LLP

By: _____
Jonathan L. Hochman, Esq.
100 Wall Street, 15th floor
New York, NY 10005
(212) 277-6330
jhochman@schlaw.com


SO ORDERED:

Vernon S. Broderick  3/22/2016
United States District Judge

2

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

AARON RUBENSTEIN,

        Plaintiff,

    v.

vTv THERAPEUTICS INC.,

        Nominal Defendant,

        – and –

RONALD O. PERELMAN and
MACANDREWS & FORBES INC.

        Defendants.

Case No. 1:15-cv-9752-VSB

### AFFIDAVIT OF DANIEL J. KRAMER

Daniel J. Kramer, being duly sworn, says:

1.      I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, I submit this affidavit in support of the accompanying stipulation and proposed order substituting Schindler Cohen & Hochman LLP for Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel for nominal defendant vTv Therapeutics, Inc. in the above-captioned action.

2.      As reflected in the accompanying Notice of Withdrawal and Substitution of Counsel and Proposed Order, nominal defendant vTv Therapeutics, Inc. now desires to retain Schindler Cohen & Hochman LLP to represent it in this litigation.

3.      Paul, Weiss, Rifkind, Wharton & Garrison LLP is not asserting a retaining or charging lien.

4.      The case is currently at the pretrial stage.  Plaintiffs have filed a complaint and a First Amended Complaint.  An initial pretrial conference is scheduled for April 14, 2016 at 10:30 a.m. (Dkt. No. 8).  On March 7, 2016 a stipulation was filed concerning the filing of a Second Amended Complaint and resetting dates, including the date of the initial pretrial conference.

5.      It is not anticipated that the substitution of counsel will delay or otherwise adversely affect this case.

Daniel J. Kramer

Sworn to before me this
21st day of March, 2016

Notary Public

ELISA THORPE-SEDES
Notary Public, State of New York
No. 01TH4986428
Qualified in Queens County
Commission Expires Sept. 16, 20 17

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON RUBENSTEIN,<br><br>     Plaintiff,<br><br>  v.<br><br>vTv THERAPEUTICS INC.,<br><br>     Nominal Defendant,<br><br>     – and –<br><br>RONALD O. PERELMAN and<br>MACANDREWS & FORBES INC.<br><br>     Defendants. | Case No. 1:15-cv-9752-VSB |

CERTIFICATE OF SERVICE


I hereby certify that on March 21, 2016, I caused the foregoing Notice of Withdrawal and Substitution of Counsel and Proposed Order and Affidavit of Daniel J. Kramer to be served by email (i) on counsel of record for Plaintiff, listed below, and (ii) on vTv Therapeutics, Inc. c/o Timothy Martin, Senior Vice President - Law, MacAndrews & Forbes Inc., 35 East 62nd Street, New York, NY 10065.


_____
Priyanka Timblo


Counsel of Record for Plaintiff:

Miriam Tauber
885 Park Ave. 2A
New York, NY 10075
Tel.: (323) 790-4881
Email: miriamtauberlaw@gmail.com

David Lopez, Esq.
171 Edge of Woods Road, PO Box 323

1

Southampton, NY 11969
(631) 287-5520
Fax: (631) 283-4735
Email: davidlopezesq@aol.com