UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
AARON RUBENSTEIN, :
:
                      Plaintiff, :
: Case No. 15-cv-9752 (VSB)
        -against- :
:
vTv THERAPEUTICS, INC., :
:
            Nominal Defendant, :
:
        -and- :
:
RONALD O. PERELMAN and :
MACANDREWS & FORBES INC., :
:
             Defendants. :
------------------------------------------------------------ X

**NOTICE OF MOTION TO DISMISS**
**THE SECOND AMENDED COMPLAINT**

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Second Amended Complaint, dated July 15, 2016, and Declaration of Jonathan L. Hochman in Support of Defendants' Motion to Dismiss the Second Amended Complaint, dated July 15, 2016, and the exhibits thereto, Nominal Defendant vTv Therapeutics Inc. and Defendants Ronald O. Perelman and MacAndrews & Forbes Incorporated will move this Court before the Honorable Vernon S. Broderick, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 518, New York, New York 10007, on a date and time to be determined by the Court, for an order dismissing Plaintiff Aaron Rubenstein's Second Amended Complaint and for such other relief that the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to the Court's oral order at the June 15, 2016 Pre-Motion Conference, Plaintiff's opposition papers are due on August 15, 2016 and Defendants' reply papers are due on August 29, 2016.

Dated: New York, New York
July 15, 2016

SCHINDLER COHEN & HOCHMAN LLP

By:   /s/ Jonathan L. Hochman
Jonathan L. Hochman

100 Wall Street, 15th Floor
New York, New York 10005
Tel:  (212) 277-6300
Fax:  (212) 277-6333
jhochman@schlaw.com

*Attorneys for Nominal Defendant vTv Therapeutics Inc. and Defendants Ronald O. Perelman and MacAndrews & Forbes Incorporated*