USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AARON RUBENSTEIN,

                Plaintiff,                          15 **CIVIL** 9752 (VSB)

     -against-

vTv THERAPEUTICS, INC.

                Nominal Defendant

     -against-                                   **JUDGMENT**

RONALD O PERELMAN and MACANDREWS
& FORBES INC.,

                Defendant.
------------------------------------------------------------X

       Defendants having moved to dismiss the Second Amended Complaint, and the matter having come before the Honorable Vernon S. Broderick, United States District Judge, and the Court, on March 30, 2017, having rendered its Memorandum and Opinion granting Defendants motion to dismiss, dismissing the Second Amended Complaint with prejudice, and directing the Clerk of Court to enter final judgment in favor of defendants and close the case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 30, 2017, Defendants motion to dismiss is granted and the Second Amended Complaint is dismissed with prejudice; judgment is entered in favor of defendants and the case is closed.

**Dated:** New York, New York
         March 31, 2017

                                                  RUBY J. KRAJICK
                                                    Clerk of Court
                                        BY:
                                                    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _4/3/2017_